AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Whitney, Frank D. | 2. Court or Organization<br><br>District Court - WDNC | 3. Date of Report<br><br>11/16/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Charles R. Jonas Federal Building & US Courthouse
401 West Trade Street, Room 195
Charlotte, NC 28202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Power of Attorney | Person #1 |
| 2. Member | Whitney Properties LLC |
| 3. Member | Whitney Assets LLC |
| 4. Board of Directors | Festival in the Park, Inc. (IRC section 501(c)(3) organization) |
| 5. Advisory Member | North Carolina State Bar LAMP Committee |
| 6. Judicial Representative to the Board of Directors (term ended June 2016) | Legal Services of Southern Piedmont (IRC section 501(c)(3) organization) |
| 7. Vice President and Council Member | North Carolina Bar Association (Government & Public Sector Council and Veterans/Military Affairs Council) |
| 8. Board of Directors | May 20th Society (IRC Section 501(c)(3) organization) |
| 9. Board of Visitors | Charlotte Country Day School (IRC section 501(c)(3) organization) |
| 10. Board of Visitors | Charlotte Bridge Home (IRC section 501(c)3 organization) |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitney, Frank D. | 11/16/2017 |

2. _____

3. _____

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Charlotte School of Law | $23,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Kitchen & Bath Retail Group of NC, LLC - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | North Carolina Bar Association | 2/11/16, 10/7/16 to 10/8/16, 6/16/16 to 6/19/16 | Cary, NC; Asheboro, NC, Asheville, NC | Board and Council Meetings | Meals |
| 2. | North Carolina State Bar | 4/21/16, 6/3/16, 7/21/16 to 7/22/16 | Raleigh, NC | LAMP Committee Meetings | Meals |
| 3. | Duke Law School, Center on Law, Ethics, and National Security | 4/11/16 to 4/13/16 | Durham, NC | Attendee | Meals |
| 4. | Wake Forest School of Law | 6/7/16 | Winston-Salem | Speaker | Meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitney, Frank D. | 11/16/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Caliber Home Loans' | Loan on Rental Property #1, Davidson, NC (Part VII, Linee 1) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Whitney, Frank D.** | 11/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Rental Property #1, Davidson, NC | D | Rent | N | W | | | | | |
| 2.   Whitney Properties LLC: | | | | | | | | | |
| 3.   - Rental Property #1, Sunset Beach, NC | D | Rent | N | W | | | | | |
| 4.   - Rental Property #2, Sunset Beach, NC | D | Rent | N | W | | | | | |
| 5.   - Bank of America business accounts (Whitney Prop LLC) | A | Interest | J | T | | | | | |
| 6.   Whitney Assets LLC | | None | J | W | | | | | |
| 7.   Carolina Panthers Permanent Seat License | | None | J | W | | | | | |
| 8.   Co-author book, Lexis-Nexis, Newark, NJ (no inc since 2002) | | None | J | W | | | | | |
| 9.   Bank of America savings and checking accounts ▮▮▮▮ | A | Interest | J | T | | | | | |
| 10.   USAA Federal Savings Bank checking accounts ▮▮▮▮ | A | Interest | J | T | | | | | |
| 11.   Bank of America Common Stock | A | Dividend | K | T | | | | | |
| 12.   BB&T Federated Prime Fund Money Market accounts | A | Interest | J | T | | | | | |
| 13.   Standard & Poors DEP RCPTS (SPY) | D | Dividend | L | T | | | | | |
| 14.   Paragon Bank checking account | A | Interest | J | T | | | | | |
| 15.   529 North Carollina National College Savings Program | A | Distribution | | | Closed | 06/01/16 | J | A | Age-based mod (X) |
| 16.   529 North Carolina National College Savings Program | A | Distribution | | | Closed | 06/01/16 | J | A | Age-based con (X) |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitney, Frank D. | 11/16/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Although I am a principle in Whitney Assets LLC (Part VII, Line 6), there are no reportable assests in the LLC.
The 529 accounts were held in prior reporting periods starting in 2012. I did not understand that they were reportable because they were managed by a state agency.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Frank D. Whitney**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544